UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO CONCHA, | ) | CASE NO. CV 12-7246-CJC (PJW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| v. | ) | RECOMMENDATION OF UNITED STATES |
| | ) | MAGISTRATE JUDGE |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF THE | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge.  No objections have been filed to the Report.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.


DATED:    December 12, 2013.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Order adop r&r Re Concha v. Colvin.wpd