JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO CONCHA, | Case No. CV 12-7246-CJC (PJW) |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the action is remanded to the Agency for further consideration.

DATED: December 12, 2013.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment Re Concha v. Colvin.wpd